**YANGTSZE INSURANCE ASSOCIATION, Limited, Appellant, v. WESTERN SHIPPING COMPANY, a Corporation, Appellee.**

No. 11248.

Circuit Court of Appeals, Ninth Circuit.

Feb. 20, 1946.

Merritt, Summers, Bucey & Stafford and Lane Summers, all of Seattle, Wash., for appellant.

Bogle, Bogle & Gates and Tom M. Alderson, all of Seattle, Wash., for appellee.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, with prejudice and without costs, and that the appeal bond shall be exonerated, and the surety thereon discharged, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.